Vasily Davidov, Appellant, v. Oliver Schwarzler and Others, Respondents. — Order reversed, with ten dollars costs and disbursements to the respondents, and motion denied. No opinion. Present — Clarke, P. J., Finch, McAvoy, Martin and Burr, JJ.

Ely Gelbwachs, by Benjamin Gelbwachs, His Guardian ad Litem, Appellant, v. Consolidated Gas Company, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Clarke, P. J., Finch, McAvoy, Martin and Burr, JJ.

Benjamin Gelbwachs, Appellant, v. Consolidated Gas Company, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Clarke, P. J., Finch, McAvoy, Martin and Burr, JJ.

Harry A. Cokeley, Respondent, v. Brass & Bronze Specialty Co., Inc., Defendant, Impleaded with Frank Scolaro and Josephine Scolaro, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Finch, McAvoy, Martin and Burr, JJ.

Ebba Veeck, Appellant, v. Gustav A. Veeck, Respondent.— Order affirmed, with leave to appellant to move for the amendment of the decision and judgment between the same parties, dated November 9, 1926, so that the said judgment may contain a provision awarding to the plaintiff an amount which the court may deem sufficient for the support of the plaintiff in view of the present means of the defendant. No opinion. Present — Clarke, P. J., Finch, McAvoy, Martin and Burr, JJ.

John Capello, Appellant, v. Camille Monsanto and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Finch, McAvoy, Martin and Burr, JJ.

Max Weber, Respondent, v. Bimweb Corporation and Others, Appellants.— Order modified by providing that the date to be fixed for the examination of the witnesses and the production of the books and papers shall be not less than five days after service of the order to be entered hereon, with notice of entry thereof, and as so modified affirmed, without costs. No opinion. Settle order on notice. Present — Clarke, P. J., Finch, McAvoy, Martin and Burr, JJ.

Salvatore Castrogiovanni and Another, as Administrators, etc., of Giuseppe Mulé, Deceased, Respondents, v. The New York Central Railroad Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Clarke, P. J., Finch, McAvoy, Martin and Burr, JJ.

In the Matter of the Application of Edmund J. MacNamara to Vacate and Quash an Alleged Subpœna Duces Tecum Purporting to Have Been Issued by the Attorney-General of the State of New York.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Finch, McAvoy, Martin and Burr, JJ.

Bessie Saphire and Another, Respondents, v. Morris Takiff and Another, Defendants, Impleaded with Fannie Takiff, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Finch, McAvoy, Martin and Burr, JJ.

Jean B. Melville, Appellant, v. Simon P. Goodhart, Respondent.— Order

affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Finch, McAvoy, Martin and Burr, JJ.

In the Matter of the Appointment of a Committee of the Estate of KATIE HALKIRT, an Alleged Incompetent Person.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Finch, McAvoy, Martin and Burr, JJ.

AMALGAMATED TIRE STORES CORPORATION, Appellant, v. WILLIAMS TIRE CO., INC., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Finch, McAvoy, Martin and Burr, JJ.

LANGLEY SLEVIN COMPANY, Appellant, v. CHARLES MEADS & CO., Respondent. — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Finch, McAvoy, Martin and Burr, JJ.

EXPORT & IMPORT FILM CO., INC., Appellant, v. B. P. SCHULBERG PRODUCTIONS, INC., Formerly Known as B. P. SCHULBERG-PREFERRED, INC., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Finch, McAvoy, Martin and Burr, JJ.

PERCIVAL WILDS, as Trustee, etc., Respondent, v. LEBANON NATIONAL BANK, a Corporation, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Finch, McAvoy, Martin and Burr, JJ.

SUCESORES DE GAS Y COMPANIA, S. A., Respondent, v. " ROBERT " STEINACHER, First Name Being Fictitious, etc., Appellant.— Order affirmed, with ten dollars costs and disbursements. The bill of particulars to be served within twenty days from service of order. No opinion. Present — Clarke, P. J., Finch, McAvoy, Martin and Burr, JJ.

BELMONT HUGHES REALTY CORPORATION, Appellant, v. STEPHEN H. JACKSON, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Finch, McAvoy, Martin and Burr, JJ.

BENJAMIN BENGUIAT and Another, Individually, etc., v. " TILLIE " BLACKALLER, First Name Being Fictitious, etc.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Finch, McAvoy, Martin and Burr, JJ.

LAURA M. FOSTER and Another, as Executors, etc., of ROGER FOSTER, Deceased, v. J. B. WOOD-DEMORN CORPORATION and Others, Impleaded with WALLMAN REALTY CORPORATION.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Finch, McAvoy, Martin and Burr, JJ.

SENATOR TRADING CORPORATION v. EDWARD J. BURNS.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Finch, McAvoy, Martin and Burr, JJ.

ANNIE WEINGARTEN v. STERLING FIRE INSURANCE COMPANY.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure the record on appeal and appellant's points to be filed so appeal can be argued on or before January 11, 1927. Present — Clarke, P. J., Finch, McAvoy, Martin and Burr, JJ.

ANNIE WEINGARTEN v. STERLING FIRE INSURANCE COMPANY.— Motion to dismiss appeal granted, with ten dollars costs, unless the appellant procure the record on appeal and appellant's points to be filed so appeal can be argued on or before January 11, 1927. Present — Clarke, P. J., Finch, McAvoy, Martin and Burr, JJ.

ANNIE WEINGARTEN v. HARTFORD FIRE INSURANCE COMPANY OF HARTFORD,